```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON

CHRIS FAIN,                    )    Civil No. 02-3035-CO
                               )
         Plaintiff,            )    ORDER
                               )
    v.                         )
                               )
VINCENT L. WEBB,               )
                               )
         Defendant.            )
```

**PANNER, Judge.**

Magistrate Judge John P. Cooney filed his Findings and Recommendation (docket # 67) on April 24, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give de novo review to the factual findings in the record, though I must still review the legal principles de novo. <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). See also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

/   /   /   /

/   /   /   /

1 - ORDER

    Having reviewed the legal principles de novo, I find no error and adopt Magistrate Judge Cooney's Findings and Recommendation. Plaintiff's action is DISMISSED WITHOUT PREJUDICE for lack of prosecution.

    IT IS SO ORDERED.

    DATED this __20th__ day of June, 2006.

                                            ___/s Owen M. Panner___
                                               Owen M. Panner
                                               United States District Judge